COURT OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

NO.
2-05-420-CR

 

NADIA REID                                                                        APPELLANT

 

                                                   V.

THE STATE OF TEXAS                                                                STATE

                                               ----------

             FROM THE 367TH
DISTRICT COURT OF DENTON COUNTY

                                               ----------

                  MEMORANDUM OPINION[1]
AND JUDGMENT

----------

We
have considered appellant=s  AMotion Of Nadia Reid To
Withdraw Appeal.@  The motion complies with rule 42.2(a) of the
rules of appellate procedure. Tex. R.
App. P. 42.2(a).  No decision of this court having been
delivered before we received this motion, we grant the motion and dismiss the
appeal. See  Tex. R. App. P. 42.2(a), 43.2(f).                                                                                                                                                                             PER CURIAM

 

PANEL
A:   DAUPHINOT, J.; CAYCE, C.J.; and
WALKER, J.

 

DO
NOT PUBLISH

Tex. R. App. P. 47.2(b)

 








DELIVERED:
August 24, 2006                                               











[1]See Tex. R. App. P. 47.4.